FILED

2003 OCT 17 A 9:37

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC LEIFERT ) | CIVIL ACTION NO. 3:02cv2021(JCH) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| OFFICER EUGENE RUOT, JR., ) | |
| OFFICER DAVID ROSATI, ) | |
| POLICE CHIEF NICHOLAS GUERRIERO ) | OCTOBER 16, 2003 |
| AND TOWN OF WINCHESTER ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' REQUEST FOR EXTENSION OF TIME REGARDING RESPONSES TO PLAINTIFF'S INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 9(b), the defendants, Officer Eugene Ruot, Jr., Officer David Rosati, Police Chief Nicholas Guerriero and Town of Winchester, respectfully moves for an extension of time of sixty (60) days to file their objections and responses to the Plaintiff's First Set of Interrogatories and Requests for Production dated September 15, 2003, until a date certain of December 15, 2003.

This is the Defendant's first request for an extension of time regarding discovery. The undersigned has discussed this request with the plaintiff's counsel, Christopher G. Santarsiero, who has agreed to the extension.

341205

**WHEREFORE**, the defendants, Officer Eugene Ruot, Jr., Officer David Rosati, Police Chief Nicholas Guerriero and Town of Winchester, requests that their Request for Extension of Time of sixty (60) days be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
OFFICER EUGENE RUOT, JR.,
OFFICER DAVID ROSATI,
POLICE CHIEF NICHOLAS GUERRIERO
AND TOWN OF WINCHESTER

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17489
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

341205

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 16th day of October 2003, to the following:

Christopher G. Santarsiero, Esq.
Law Office of Christopher G. Santarsiero
100 Grand Street, Suite 20
Waterbury, CT 06702

By: _____
JAMES N. TALLBERG, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.

341205