02CV2021 mot ext

10

Motion granted in part. Time extended to 11/15/03. So Ordered. [signature] 10/31/03

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC LEIFERT | ) CIVIL ACTION NO. 3:02cv2021(JCH) |
| Plaintiff, | ) |
| v. | ) |
| OFFICER EUGENE RUOT, JR., OFFICER DAVID ROSATI, POLICE CHIEF NICHOLAS GUERRIERO AND TOWN OF WINCHESTER | ) OCTOBER 16, 2003 |
| Defendants. | ) |

## DEFENDANTS' REQUEST FOR EXTENSION OF TIME REGARDING RESPONSES TO PLAINTIFF'S INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 9(b), the defendants, Officer Eugene Ruot, Jr., Officer David Rosati, Police Chief Nicholas Guerriero and Town of Winchester, respectfully moves for an extension of time of sixty (60) days to file their objections and responses to the Plaintiff's First Set of Interrogatories and Requests for Production dated September 15, 2003, until a date certain of December 15, 2003.

This is the Defendant's first request for an extension of time regarding discovery. The undersigned has discussed this request with the plaintiff's counsel, Christopher G. Santarsiero, who has agreed to the extension.

341205