FILED

2003 DEC -2  P 2: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC LEIFERT | CIVIL ACTION NO. 3:02cv2021(JCH) |
| Plaintiffs, | |
| v. | |
| OFFICER EUGENE RUOT, JR.,<br>OFFICER DAVID ROSATI,<br>POLICE CHIEF NICHOLAS GUERRIERO<br>AND TOWN OF WINCHESTER | DECEMBER 2, 2003 |
| Defendants. | |

## DEFENDANTS' MOTION TO EXTEND STAY

Pursuant to the Soldiers and Sailors Relief Act of 1940, 50 U.S.C. §521, the defendants Eugene Ruot, Jr., David Rosati, Nicholas Guerriero and Town of Winchester, by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully seek to extend the temporary stay of the above action on the grounds that defendant David Rosati has been called to active military duty in the Iraq conflict. The ability of the defendants to conduct the defense of this action will be materially affected by Officer Rosati's inability to attend depositions, to respond to discovery requests and claims made by the plaintiff, and to assist in the preparation of a proper defense. The defendants seek a temporary stay of the case for an additional six months, or until Officer Rosati returns from active military duty, whichever is shorter.

345817

Respectfully Submitted,
DEFENDANTS,
EUGENE RUOT, JR., DAVID ROSATI,
NICHOLAS GUERRIERO and
TOWN OF WINCHESTER

By:_____
JAMES N. TALLBERG, ESQ.
Federal Bar Number ct17849
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

345817

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Appearance has been sent via U.S. mail, postage prepaid, this 2nd day of December 2003, to the following counsel of record:

Christopher G. Santarsiero, Esq.
Law Office of Christopher G. Santarsiero
100 Grand Street, Suite 2C
1 Carriage Place
Waterbury, CT  06702

By: _____
JAMES N. TALLBERG, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.

345817

3