UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERIC LEIFERT
    Plaintiff

v.

OFFICER EUGENE ROUT, JR., ET AL
    Defendant

CIVIL ACTION NO.
3-02-cv-2021(JCH)

JUNE 7, 2004

FILED
2004 JUN 10 P 2: 19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A ruling on the following motion(s) which are currently pending (orefm.):

√ A settlement conference (orefmisc./cnf).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 7th day of June, 2004.

                Janet C. Hall
                United States District Judge