UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ERIC LEIFERT  
v                                                                          3:02cv2021JCH

OFFICER EUGENE RUOT, JR.,  
OFFICER DAVID ROSATI, POLICE  
CHIEF NICHOLAS GUERRIERO, AND  
TOWN OF WINCHESTER

### J U D G M E N T

Notice having been sent to counsel of record on December 9, 2004, pursuant to L.R. 41(b) indicating that the above-entitled case would be dismissed if closing papers were not filed on or before January 3, 2005, no closing papers having been filed,

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 3rd day of January, 2005.

KEVIN F. ROWE, Clerk

By      /s/Catherine Boroskey  
            Deputy Clerk

ENTERED ON DOCKET_____