FILED

2005 JAN 13 A 11: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC LEIFERT<br>Plaintiff | :CIVIL NO. 3:02 CV20221(JCH) |
| VS. | |
| OFFICER EUGENE ROUT, JR.,<br>ET AL<br>Defendants | :DECEMBER 14, 2004 |

### WITHDRAWAL

The Plaintiff, ERIC LIEFERT, in the above-referenced matter, hereby withdraws his Complaint as to all Defendants.

THE PLAINTIFF
ERIC LIEFERT

By _____
Christopher G. Santarsiero   CT #13603
100 Grand Street
Suite 2C
Waterbury, CT 06702
(203) 756-5640

1

## CERTIFICATION

     This is to certify that the original of the foregoing was sent U.S. mail, postage prepaid this 14TH day of December, 2004, to:

James N. Tallberg
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Christopher G. Santarsiero